IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KHAN, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>MERIT MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | ORDER DENYING PLAINTIFFS' [42] MOTION TO REMOVE RESTRICTIONS ON FILING MOTIONS<br><br>Case No. 2:21-cv-00337-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is Plaintiffs' Motion to Remove Restrictions on Filing Motions (Plaintiffs' Motion) (ECF 42). Plaintiffs request that the court lift the filing restrictions set forth in its Order dated September 3, 2021 (ECF 30) so that they can file a response to Defendant's Motion for Summary Judgment (Defendant's Motion) (ECF 40). Though Defendant opposes the request to lift the ban on filings, it does not object to the filing of a response to its Motion (ECF 43). Having considered Plaintiffs' Motion, the court finds that in the interests of preserving judicial resources, the filing restrictions on Plaintiffs will continue pending resolution of the parties' pending summary judgment motions. Accordingly, Plaintiffs' Motion is DENIED.

However, the court will permit Plaintiffs to file a response to Defendant's Motion no later than Friday, December 3, 2021. The court reminds Plaintiffs that their response must comply with the form and content requirements set forth in Federal Rule of Civil Procedure 56 and Local Rule 56-1. Failure to timely file a response or to comply with the applicable rules may result in a recommendation that Defendant's Motion be granted and this case be dismissed.

IT IS SO ORDERED.

DATED this 3 November 2021.


Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah