BRENT P. LORIMER (USB No. 3371)
blorimer@wnlaw.com
THOMAS R. VUKSINICK (USB No. 3341)
tvuksinick@wnlaw.com
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Attorneys for Defendant Merit Medical Systems, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NAZIR KHAN and IFTIKHAR KHAN, <br><br> Plaintiffs, <br><br> v. <br><br> MERIT MEDICAL SYSTEMS, INC., <br><br> Defendant. | Case No. 2:21-cv-00337-HCN-CMR <br><br> **STATUS REPORT** <br><br> Judge Howard C. Nielson, Jr. <br> Magistrate Judge Cecilia M. Romero |

Pursuant to the order of this Court dated August 17, 2022 ( ECF 16, fn 2), Defendant Merit Medical Systems, Inc. submits this status report regarding its intentions related to the counterclaims it has filed for declaratory judgment of non-infringement and invalidity and a separate counterclaim for tortious interference with economic relations. Merit intends to dispose of its counterclaims as follows:

    (a)    Merit will file a motion for judgment in its favor on the counterclaim for declaratory judgment of non-infringement, dismissing Plaintiffs' claim for infringement with prejudice.

1

(b) Merit will file a motion to dismiss the counterclaim for declaratory judgment of invalidity, without prejudice.

(c) Merit will file a motion to dismiss the counterclaim for tortious interference with economic relations.

DATED this 11th day of October, 2022.

WORKMAN NYDEGGER

By: /s/ *Brent P. Lorimer*
      BRENT P. LORIMER
      THOMAS R. VUKSINICK

*Attorneys for Defendant*
*Merit Medical Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on October 11, 2022 using the Court's CM/ECF electronic filing system and the parties were served as follows:

Nazir Khan
150 Glenmora Dr.
Burr Ridge, IL  60527
Nazirkhanmd2003@yahoo.com

Pro Se Plaintiff

Iftikhar Khan
150 Glenmora Dr.
Burr Ridge, IL  60527
via First Class pre-paid U.S. Mail

Pro Se Plaintiff

/Brent P. Lorimer/