IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NAZIRKHAN<br>IFTIKHAR KHAN<br><br>                    Plaintiffs<br><br><br>v.<br><br>MERIT MEDICAL SYSTEM,INC<br><br>                    Defendant | <br><br><br><br><br>Case No. 2:21-cv-00337-CMR<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Cecilia M. Romero |

Motion for Clarification of court's decision (Dkt 74) dated 09-27-2022 granting summary judgment in favor of Defendant and against all of the Plaintiff's claims


Plaintiffs respectfully asks the court for clarification if the judgment is without prejudice or with prejudice. If the judgment is without prejudice, the plaintiff's intend to replead the claims with the leave of the court.

Signed By

/S/S Nazir Khan

/S/S Iftikhar Khan

150 Glenmora Dr

Burr Ridge, IL 60527

312-590-0589