UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

CASE NO.2:21-cv-00337 HCNCMR

Khans  v. Merit Medical inc

Plaintiff Nazir khan  files this motion that Honorable Judge Romero Unfairly favored  Defendant Merit Medical   you played a discriminatory role worked with Judicial prejudice , on 9/3/2021 DKT 30 you restricted plaintiff to file any motion   allowing Defendant to file motions , iwas left defence less ,you granted Defendants motion for sanctions under sec 265 when you had no dispositive  authority  under statue 28USC 636(c) you were a referral judge, you worked with partiality permitted Merit Medical to take way Plaintiffs patent 344 in violation of constitutional rights of plaintiff , you knew  accused HeRO graft has no patent Merit had no standing in this litigation

I request you substitute yourself with another Judge  so that  justice  is done to patent owner , the practice helping company merit  Medical to take away Khans patent 344 and sanction him  violates constitution Art1 sec 8 clause 8 and  and 14th amendment of Constitution due process clause.

Submitted today 10/30/2023             By

/s/     Nazir Khan

150  Glenmora  drive burr ridge Illinois

60527

Cell 312-590 -0589

Email nazir khan md2003@yahoo.com